IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WES R. LIEVSAY,

                    Plaintiff,

       vs.

DOUGLAS COUNTY JAIL,

                  Defendant.

**8:22CV282**

**MEMORANDUM AND ORDER**

This matter is before the Court on what the Court construes as Plaintiff's Motion for Summons. Filing No. 7.

This matter may not proceed to service of process at this time. Before this matter may proceed, Plaintiff is required to pay an initial partial filing fee of $8.42. Once payment is made, the Court is required to review Plaintiff's Complaint to determine whether summary dismissal is appropriate. *See* 28 U.S.C. § 1915(e)(2). The Court must dismiss a complaint or any portion thereof that states a frivolous or malicious claim, that fails to state a claim upon which relief may be granted, or that seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

The Court has not yet conducted an initial review of Plaintiff's Complaint pursuant to section 1915(e) to determine whether this matter may proceed to service of process. Accordingly,

IT IS ORDERED that: Plaintiff's Motion for Summons, Filing No. 7, is denied without prejudice to reassertion.

Dated this 31st day of August, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge